■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARTH BECKFORD, Appellant.—Appeal by the defendant from two judgments of the County Court, Westchester County (Silverman, J.), both rendered October 6, 1989.

Ordered that the appeals are dismissed.

The defendant voluntarily waived his right to appeal as part of negotiated plea bargains (see, People v Seaberg, 74 NY2d 1). Mangano, P. J., Kunzeman, Kooper and Ritter, JJ., concur.